ADAM GORDON
United States Attorney
JOSEPH P. PRICE, JR.
Assistant U.S. Attorney
Cal. Bar No. 131689
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
(619) 546-7642
Joseph.Price@usdoj.gov

FILED
SEP 03 2026
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY vxa DEPUTY

ORDERED UNSEALED on **09/03/2026** **s/ JuanaGue**

~~SEALED~~
s/ JuanaGuerrero

Attorneys for Plaintiff United States of America

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA, *ex rel.* MICHAEL DEUSCHEL,

Plaintiffs,

v.

CALIFORNIA GOVERNOR GAVIN NEWSOM, CALIFORNIA HEALTH AND HUMAN SERVICES AGENCY, et al.,

Defendants.

Case No.: 26CV3100-WQH (GC)

**~~[PROPOSED]~~ ORDER**

**FILED UNDER SEAL**

Having considered the United States' Notice of Intervention for the Purpose of Dismissal, and Motion to Dismiss and Unseal the Complaint, pursuant to 31 U.S.C. §§ 3730(b)(2), (b)(4)(A), and (c)(2)(A) of the False Claims Act and Federal Rule of Civil Procedure 41(a), and for good cause shown,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice as to Relator and without prejudice as to the United States;

**IT IS FURTHER ORDERED** that the seal shall be lifted upon Relator's Complaint, the United States' Notice of Related Case, The United States' Notice of Intervention for the Purpose of Dismissal, and Motion to Dismiss and Unseal the

Complaint, this Order, and any subsequent filings in this case.

**IT IS SO ORDERED.**

DATED:

HON. ~~WILLIAM Q. HAYES~~ Dana M. Sabraw
United States District Judge

cc: Counsel for Relator
Counsel for the United States